RECEIVED
USDC, WESTERN DISTRICT OF LA
DANIEL J. McCOY, CLERK

DATE: 10/21/26
BY: [signature]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:26-CR-00053-01<br>DISTRICT JUDGE DOUGHTY<br>MAGISTRATE JUDGE HORNSBY |
| VERSUS | |
| JUSTICE HUNTER,<br>Defendant | |

## UNDERSTANDING OF PENALTIES AND RIGHTS

I, **JUSTICE HUNTER**, having been furnished a copy of the indictment and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me, as follows:

> **Imprisonment**: the maximum punishment is a term of imprisonment of up to eight (8) years (pursuant to 18 U.S.C. § 111(a)); **Fine**: not more than $250,000 (pursuant to 18 U.S.C. § 3571); **Supervised Release**: of not more than three (3) years in length pursuant to 18 U.S.C. § 3583(b), in addition to any term of imprisonment imposed by the Court; and **Special Assessment Fee**: $100 at the time of the guilty plea by means of a cashier's check, official bank check, or money order payable to "Clerk, U.S. District Court".

I further state that I understand:

1. I understand the nature of the charge against me and the maximum possible penalty as set forth in the plea agreement.

2. I understand my right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

3. I understand my right to plead guilty or not guilty.

4. I understand my right not to be required to testify against myself or at all if I do not so desire.

5. I understand my right to confront and cross-examine witnesses against me.

6. I understand my right to use compulsory process to require witnesses to appear at trial and testify.

7. I realize that by pleading guilty I stand convicted of the crimes charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

8. My plea in this matter is free and voluntary, and it has been made without any threats or inducements from anyone whatsoever except for those contained in the plea agreement and any addendum required under standing orders. The only reason I am pleading guilty is that I am in fact guilty as charged.

The foregoing Understanding of Penalties and Rights has been read, understood, and signed:

Dated: 9/23/26

Charles H. Kammer, LSBA NO. 21658
Assistant Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, LA 71101
Email: pete_kammer@fd.org

Dated: 9/20/26

JUSTICE HUNTER
*Defendant*

ZACHARY A. KELLER
United States Attorney

Dated: 10/20/26

sam crichton for
DANIEL J. VERMAELEN, LA Bar No. 36715
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206
(337) 262-6618