RECEIVED
USDC, WESTERN DISTRICT OF LA
DANIEL J. McCOY, CLERK

DATE: 10/21/26
BY: [signature]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

VERSUS

JUSTICE HUNTER,

Defendant

1:26-CR-00053-01
DISTRICT JUDGE DOUGHTY
MAGISTRATE JUDGE HORNSBY

## STIPULATED FACTUAL BASIS FOR GUILTY PLEA

NOW INTO COURT, comes the United States Attorney for the Western District of Louisiana, through the undersigned Assistant United States Attorney, and the defendant, JUSTICE HUNTER, represented by his counsel, Charles H. Kammer, and for the purposes of providing the Court with a factual basis for a plea agreement pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, hereby stipulate as follows:

On January 14, 2026, Justice HUNTER entered the United States Federal Courthouse in Alexandria, Louisiana. HUNTER proceeded towards the security desk and began talking out loud towards the Courthouse Security Officers (CSO). HUNTER was asked to leave the premises and CSO D.W. attempted to escort HUNTER out of the building. HUNTER impeded and interfered with CSO D.W. while engaged in the performance of his official duty. HUNTER was removed from the building by the CSOs. The CSOs took HUNTER into custody outside of the building. The Alexandria Police Department arrived on scene, placed HUNTER under arrest, and transported him to Rapides Parish Detention Center.

Courthouse Security Officer D.W. is employed by Constellis and provides courthouse security at the United States Federal Courthouse located at 515 Murray Street in Alexandria, Louisiana. Constellis is a company that contracts with the United States Marshal's Service to provide federal courthouse security. As part of the contract, employees of Constellis execute an "Oath of Office for Special Deputation" provided by the United States Marshal's Service. In executing the Oath of Office, CSOs swear to "faithfully execute all lawful precepts to the United States Marshal under the authority of the United States."

For purposes of venue, one or more acts in furtherance of the crime charged in Count 1 of the Indictment took place in the Western District of Louisiana.

9/23/26
Date

JUSTICE HUNTER
*Defendant*

9/23/26
Date

Charles H. Kammer, LSBA NO. 21658
Assistant Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, LA 71101
Email: pete_kammer@fd.org

ZACHARY A. KELLER
United States Attorney

10/20/26
Date

sam crichton for
DANIEL J. VERMAELEN, LA Bar No. 36715
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206
(337) 262-6618