RECEIVED
USDC, WESTERN DISTRICT OF LA
DANIEL J. McCOY, CLERK

DATE: 10/21/26
BY: [signature]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:26-CR-00053-01<br>DISTRICT JUDGE DOUGHTY |
| VERSUS | MAGISTRATE JUDGE HORNSBY |
| JUSTICE HUNTER, | |
| Defendant | |

**ELEMENTS OF OFFENSE**

**Count 1**
**Assaulting, resisting, or impeding certain officers or employees**
**18 U.S.C. § 111(a)(1)**

Title 18, United States Code, Section 111(a)(1) makes it a crime for anyone to forcibly assault, resist, oppose, impede, intimidate and interfere with any person designated as a federal officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while the officer is engaged in the performance of his official duties. For you to be found guilty of this crime, the government must prove each of the essential elements beyond a reasonable doubt:

*First:* That you forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal officer, as described below;

*Second:* That the federal officer was forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with while engaged in the performance of his official duty or on account of the performance of official duties;

*Third:* That you did such acts intentionally;

*Fourth:* That such acts involved physical contact with the officer or the intent to commit another felony.

The foregoing elements of offense have been read, understood, and signed:

9/23/26
Date

JUSTICE HUNTER
*Defendant*

9/23/26
Date

Charles H. Kammer, LSBA NO. 21658
Assistant Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, LA 71101
Email: pete_kammer@fd.org